# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BLOOD RIVER LANDING, INC.

VERSUS

WARSAW MARINA ON THE BLOOD,
LLC

NO.  2020 CW 0893

OCTOBER 08, 2020

---

In Re:    Warsaw Marina on the Blood, L.L.C., applying for
          supervisory writs, 21st Judicial District Court,
          Parish of Livingston, No. 159161.

---

BEFORE:   McCLENDON, WELCH, HIGGINBOTHAM, THERIOT, AND CHUTZ,
JJ.

   **WRIT GRANTED.**  The district court's September 8, 2020
ruling that continued the hearing on the Motion for Summary
Judgment filed by Defendant, Warsaw Marina on the Blood, LLC,
and left the record open for Plaintiff, Blood River Landing,
Inc., to file an opposition thereto is hereby reversed.  A
continuance may be granted in any case if there is good ground
therefor.  La. Code Civ. P. art. 1601.  In the case of summary
judgment, La. Code Civ. P. art. 967(C) permits the district
court to order a continuance "[i]f it appears from the
affidavits of a party opposing the motion that for reasons
stated he cannot present by affidavit facts essential to justify
his opposition."  The district court abuses its discretion when
it grants a continuance solely to allow counsel to comply with
the filing deadlines in La. Code Civ. P. art. 966(B).  See
**Newsome v. Homer Memorial Medical Center,** 2010-0564 (La.
4/9/10), 32 So.3d 800 (per curiam).  Under the facts of this
case, we find the district court abused its discretion in
granting the continuance.  Accordingly, the oral motion to
continue on behalf of Blood River Landing, Inc. is denied.

**JEW**
**TMH**
**MRT**

   **McClendon and Chutz, JJ.,** dissent.  The criteria set forth
in **Herlitz Construction Co., Inc. v. Hotel Investors of New
Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not
met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT